IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:94CR95 |
| Plaintiff, | )<br>)<br>) | ORDER TO WITHDRAW<br>OR DESTROY EXHIBITS |
| vs. | )<br>) | |
| NANCY ELAINE RYAN, | )<br>) | |
| Defendant. | ) | |

Counsel for the defendant has notified the court they wish the exhibits in this matter to be destroyed.

Defendant's Exhibits 1-2    Motion Hearing    10/5/1994

Pursuant to NECivR 79.1(f) (2), If counsel fail to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 15 days from the date of this order.

IT IS SO ORDERED.

DATED this 13th day of March, 2017.

BY THE COURT'

s/ Richard G. Kopf
Senior United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07